OMB Approval No. 44-R1301

U.S. DEPARTMENT OF LABOR
Employment and Training Administration

# APPLICATION FOR ALIEN EMPLOYMENT CERTIFICATION

**IMPORTANT: READ CAREFULLY BEFORE COMPLETING THIS FORM**
PRINT legibly in ink or use typewriter. If you need more space to answer questions on this form, use a separate sheet. Identify each answer with the number of the corresponding question. SIGN AND DATE each sheet in original signature.

To knowingly furnish any false information in the preparation of this form and any supplement thereto or aid, abet, or counsel another to do so is a felony punishable by $10,000 fine or 5 years in the penitentiary, or both (18 U.S.C. 1001).

## PART A. OFFER OF EMPLOYMENT

**1. Name of Alien** (Family name in capital letter, First, Middle, Maiden)
BATISTA   Mizrahn

**2. Present Address of Alien** (Number, Street, City, State ZIP Code, or Province, Country)
83 North Fulton Avenue, Apt. 3, Mt. Vernon, NY, 10550, USA

**3. Type of Visa** (If in U.S.)
EWI

The following information is submitted as evidence of an offer of employment.

**4. Name of Employer** (Full name of organization)
Michaelangelo Pavers Unlimited, Inc.

**5. Telephone** (Area Code and Number)
914-633-8575

**6. Address** (Number, Street, City, State, Zip, Country)
275 Broadfield Road, New Rochelle, NY, 10804, USA

**7. Address Where Alien Will Work** (if different from item 6)
Various sites in Southern Westchester County

| 8. Nature of Employer's Business Activity | 9. Name of Job Title | 10. Total Hours Per Week | | 11. Work Schedule (Hourly) | 12. Rate of Pay | |
|---|---|---|---|---|---|---|
| | | a. Basic | b. Overtime | | a. Basic | b. Overtime |
| Construction Contractor | Stone Mason | 35 | | 07:00 a.m. 03:00 p.m. | $20.00 per Hour | |

**13. Describe fully the Job to be Performed**
Builds patios, outdoor walks and walls & driveways using different types of stone. Works with field, rough & cut stone, & granite. Works from set of drawings. Repairs imperfections & cracks in materials.

**14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactorily the job duties described in Item 13 above.**

**15. Other Special Requirements**

| EDUCATION (Enter number of years) | Grade School | High School | College | College Degree Required (specify) |
|---|---|---|---|---|
| | | | | Major Field of Study |

| TRAINING | No. Yrs. | No. Mos. | Type of Training |
|---|---|---|---|

| EXPERIENCE | Job Offered | | Related Occupation | Related Occupation (specify) |
|---|---|---|---|---|
| | Yrs. | Mos. | Yrs. | Mos. |
| | 2 | | | |

**16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor**
-> -> Foreman

**17. Number of Employees Alien will Supervise** -> 0

**ENDORSEMENTS** (Make no entry in section - for government use only)

| Date Forms Received | |
|---|---|
| L.O. | S.O. |
| R.O. | N.O. |
| Ind. Code | Occ. Code |
| Occ. Title | |

Replaces MA 7-50A, B, and C (Apr. 1970 editions which is obsolete).

21000657/E01294

ETA 750 (Oct 1979)

## 18. COMPLETE ITEMS ONLY IF JOB IS TEMPORARY

| a. No. of Openings To Be Filled By Aliens Under Job Offer | b. Exact Dates You Expect To Employ Alien | |
|---|---|---|
| | From | To |
| | | |

## 19. IF JOB IS UNIONIZED (Complete)

| a. Number of Local | b. Name of Local |
|---|---|
| | |
| | c. City and State |

## 20. STATEMENT FOR LIVE-AT-WORK JOB OFFERS (Complete for Private Household Job ONLY)

| a. Description of Residence | b. No. Persons Residing at Place of Employment | | | c. Will free board and private room not shared with anyone be provided? ("X" one) |
|---|---|---|---|---|
| ("X" one) | Number of Rooms | Adults | Children | Ages | |
| ☐ House | | BOYS | | | ☐ Yes  ☐ No |
| ☐ Apartment | | GIRLS | | | |

### 21. DESCRIBE EFFORTS TO RECRUIT U.S. WORKERS AND THE RESULTS. (Specify Sources of Recruitment by Name)

We regularly recruit workers for this position but have been unable to locate any qualified candidates.

22. Applications require various types of documentation. Please read Part II of the instructions to assure that appropriate supporting documentation is included with your application.

### 23. EMPLOYER CERTIFICATIONS

*By virtue of my signature below, I HEREBY CERTIFY the following conditions of employment.*

a. I have enough funds available to pay the wage or salary offered the alien.

b. The wage offered equals or exceeds the prevailing wage and I guarantee that, if a labor certification is granted, the wage paid to the alien when the alien begins work will equal or exceed the prevailing wage which is applicable at the time the alien begins work.

c. The wage offered is not based on commissions, bonuses, or other incentives, unless I guarantee a wage paid on a weekly, bi-weekly, or monthly basis.

d. I will be able to place the alien on the payroll on or before the date of the alien's proposed entrance into the United States.

e. The job opportunity does not involve unlawful discrimination by race, creed, color, national origin, age, sex, religion, handicap, or citizenship.

f. The job opportunity is not:

(1) Vacant because the former occupant is on strike or is being locked out in the course of a labor dispute involving a work stoppage.

(2) At issue in a labor dispute involving a work stoppage.

g. The job opportunity's terms, conditions and occupational environment are not contrary to Federal, State or local law.

h. The job opportunity has been and is clearly open to any qualified U.S. worker.

### 24. DECLARATIONS

DECLARATION OF EMPLOYER — Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury the foregoing is true and correct.

SIGNATURE: [signed]    DATE: 04/04/2001

NAME (Type or Print): Uanderson Benedetti    TITLE: President

AUTHORIZATION OF AGENT OF EMPLOYER — I HEREBY DESIGNATE the agent below to represent me for the purpose of labor certification and I TAKE FULL RESPONSIBILITY for accuracy of any representations made by my agent.

SIGNATURE: [signed]    DATE: 04/04/2001

NAME OF AGENT (Type or Print): Conrad E. Pollack, Esq.

ADDRESS OF AGENT (Number, Street, City, State, ZIP Code):
Pollack, Pollack, Isaac & DeCicco
225 Broadway - Suite 307
New York NY 10007

21000657/E01294

## PART B. STATEMENT OF QUALIFICATIONS OF ALIEN

FOR ADVICE CONCERNING REQUIREMENTS FOR ALIEN EMPLOYMENT CERTIFICATION: If alien is in the U.S., contact nearest office of Immigration and Naturalization Service. If alien is outside U.S., contact nearest U.S. Consulate

IMPORTANT: READ ATTACHED INSTRUCTIONS BEFORE COMPLETING THIS FORM.

Print legibly in ink or use typewriter. If you need more space to fully answer any questions on this form, use a seperate sheet. Identify each answer with the number of the corresponding question. Sign and date each sheet.

**1. Name of Alien** (Family name in capital letters) / First name / Middle name / Maiden name
BATISTA / Mizrainu

**2. Present Address** (No., Street, City or Town, State or Province and ZIP Code) / Country
83 North Fulton Avenue, Apt. 3, Mt. Vernon, NY, 10550, USA

**3. Type of Visa** (If in U.S.)
EWI

**4. Alien's Birthdate** (Month, Day, Year)
09-18-70

**5. Birthplace** (City or Town, State or Province) / Country
Pocos de Caldas / Brazil

**6. Present Nationality or Citizenship** (Country)
Brazil

**7. Address in United States Where Alien Will Reside**
Same as number 2

**8. Name and Address of Prospective Employer if Alien has a job offer in U.S.**
Michaelangelo Pavers Unlimited, Inc.
275 Broadfield Road, New Rochelle, NY, 10804, USA

**9. Occupation in which Alien is Seeking Work**
Stone Mason

**10.** "X" the appropriate box below and furnish the information required for the box marked.

a. ☐ Alien will apply for a visa abroad at the American Consulate in _____ / City in Foreign Country / Foreign Country

b. ☒ Alien is in the United States and will apply for adjustment of status to that of a lawful permanent resident in the office of the Immigration and Naturalization Service at _____ / City: New York, NY / State

**11.** Names and Addresses of Schools, Colleges and Universities Attended (include trade or vocational training facilities) / Field of Study / FROM Month Year / TO Month Year / Degrees or Certificates Received

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

### SPECIAL QUALIFICATIONS AND SKILLS

**12.** Additional Qualifications and Skills Alien Possesses and Proficiency in the use of Tools, Machines or Equipment Which Would Help Establish if Alien Meets Requirements for Occupation in Item 9.

**13.** List Licenses (Professional, journeyman, etc.)

**14.** List Documents Attached Which are Submitted as Evidence that Alien Possesses the Education, Training, Experience, and Abilities Represented

Endorsements

DATE REC. DOL

O.Y. & C

(Make no entry in this section - FOR Government Agency USE ONLY)

21000657/E01294

(Items continued on next page)

### 15. WORK EXPERIENCE.
List all jobs held during past three (3) years. Also list any other jobs related to the occupation for which the alien is seeking certification as indicated in item 9.

**a. NAME AND ADDRESS OF EMPLOYER**
Presently unemployed

| NAME OF JOB | DATE STARTED (Month/Year) | DATE LEFT (Month/Year) | KIND OF BUSINESS |
|---|---|---|---|
| | | | |

| DESCRIBE IN DETAILS THE DUTIES PERFORMED, INCLUDING THE USE OF TOOLS, MACHINES, OR EQUIPMENT | NO. OF HOURS PER WEEK |
|---|---|
| | |

**b. NAME AND ADDRESS OF EMPLOYER**
Briga Landscaping Inc.,
5 Briga Lane, White Plains, NY 10605

| NAME OF JOB | DATE STARTED | DATE LEFT | KIND OF BUSINESS |
|---|---|---|---|
| Stone Mason | 3/96 | 5/98 | Construction Contractor |

| DESCRIBE IN DETAILS THE DUTIES PERFORMED, INCLUDING THE USE OF TOOLS, MACHINES, OR EQUIPMENT | NO. OF HOURS PER WEEK |
|---|---|
| Build patios, outdoor walks and walls and driveways using different types of stone. Work with field, rough and cut stone, and granite. | 40 |

**c. NAME AND ADDRESS OF EMPLOYER**

| NAME OF JOB | DATE STARTED | DATE LEFT | KIND OF BUSINESS |
|---|---|---|---|
| | | | |

| DESCRIBE IN DETAILS THE DUTIES PERFORMED, INCLUDING THE USE OF TOOLS, MACHINES, OR EQUIPMENT | NO. OF HOURS PER WEEK |
|---|---|
| | |

### 16. DECLARATIONS

**DECLARATION OF ALIEN** → Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury the foregoing is true and correct.

SIGNATURE OF ALIEN: [signature]    DATE: 04-04-01

**AUTHORIZATION OF AGENT OF ALIEN** → I hereby designate the agent below to represent me for the purposes of labor certification and take full responsibility for accuracy of any representations made by my agent.

SIGNATURE OF ALIEN: [signature]    DATE: 04-04-01

| NAME OF AGENT (Type or print) | ADDRESS OF AGENT (No., Street, City, State, ZIP Code) |
|---|---|
| Conrad E. Pollack, Esq. | Pollack, Pollack, Isaac & DeCicco<br>225 Broadway - Suite 307<br>New York NY 10007 |

21000657/E01294