# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>SRC-07-800-01881 | | CASE TYPE I140<br>IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|---|
| RECEIPT DATE<br>November 6, 2006 | PRIORITY DATE<br>July 25, 2006 | PETITIONER<br>PAT LANZA LANDSCAPING CORPORATION |
| NOTICE DATE<br>January 25, 2007 | PAGE<br>1 of 1 | BENEFICIARY  A088 042 325<br>BATISTA, MIZRAIM |

DOMINICK SORRENTINO
SORRENTINO, THOMAS AND SORRENTINO,
12 ARMAND PLACE
VALHALLA NY 10595

Notice Type:  Approval Notice
Section: Skilled Worker or
         Professional,
         Sec.203(b)(3)(A)(i) or (ii)

The above petition has been approved. The petition indicates that the person for whom you are petitioning is in the United States and will apply for adjustment of status. He or she should contact the local INS office to obtain Form I-485, Application for Permanent Residence. A copy of this notice should be submitted with the application, with appropriate fee, to this Service Center. Additional information about eligibility for adjustment of status may be obtained from the local INS office serving the area where he or she lives, or by calling 1-800-375-5283.

If the person for whom you are petitioning decides to apply for a visa outside the United States based on this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 851488 - DEPT A
MESQUITE TX 75185-1488
Customer Service Telephone: (800) 375-5283



Form I-797 (Rev. 01/31/05) N