Subj: **RE: (no subject)**
Date: 11/8/2006 3:08:55 P.M. Eastern Standard Time
From: nobeccontact@PHI.DFLC.US
To: STSESQS592@aol.com

Hello,

The Philadelphia Backlog Elimination Center (BEC) has received a request to our "no BEC contact" e-mail address regarding the applicant and alien referenced in your email below.

This e-mail is to inform you that the request is not eligible to be processed based on the procedures posted by the Office of Foreign Labor Certification (OFLC) on their website for the reason(s) marked below:

_X__Other: The case was voluntarily withdrawn by either the employer or attorney/agent. .

Thank you,

Philadelphia BEC

---

**From:** STSESQS592@aol.com [mailto:STSESQS592@aol.com]
**Sent:** Wednesday, November 08, 2006 11:09 AM
**To:** nobeccontact
**Subject:** Re: (no subject)

Sorrentino, Thomas and Sorrentino, Esqs.
12 Armand Place
Valhalla, NY 10595
Tel. 914-592-6648
Fax 914-592-4252
stsesqs592@aol.com

Hello,

The following is the information that you requested.

A. The attorney that filed the case is:
   Corad E. Pollack, Esq.
   Pollack, Pollack, Issac & De Cicco, Esqs
   225 Broadway, Suite 307
   New York, New York 10007-3024

The above-referenced office represents the alien.

B. The employer's name and address:
   Michaelangelo Pavers Unlimited, Inc.
   275 Broadfield Road
   New Rochelle, New York 10804
   914-633-8575

Thursday, November 09, 2006 America Online: STSESQS592

C. The alien's name and address:
Mizraim BATISTA
83 North Fulton Avenue, Apt. 3
Mount Vernon, New York 10550
slb123@verizon.net

D. Filing Date: April, 2001

E. The application was filed with the New York State Department of State, Manhattan Office.

F. I do not have an identification number.

G. The alien has not had any communication with the Labor Department with respect to this application. At this time he has an approved Labor Certification with another employer, however, he has no evidence that he had an application filed prior to April 30, 2001. Therefore, he has no proof that he is protected under 245I and if he does not receive this proof from your office, he will not be eligible to adjust his status.

It would be greatly appreciated if you could furnish the alien with proof that an application was filed. A statement from your office would be sufficient. I have requested such statement from the New York State Department of Labor and I have been informed that your office has all records. I cannot obtain the information from the former employer because the alien is no longer in contact with that company.

Thank you,
Elvira Thomas, Esq.

---

For Internal Use Only

---

This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and are hereby notified that any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited.