UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
MIZRAIM BATISTA,

               Plaintiff,   :   **ECF CASE**

   v.

                                07 Civ. 6716 (KMK-MDF)

MICHAELANGELO PAVERS UNLIMITED,
INC., et al.,

                                 NOTICE OF APPEARANCE

              Defendants.
------------------------------------------------------------ x

TO:   Clerk of Court
        United States District Court
        Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:   New York, New York
          August 16, 2007

                                                 Respectfully submitted,

                                                 MICHAEL J. GARCIA
                                                 United States Attorney for the
                                                 Southern District of New York

                             By:   /s/ _____
                                                 F. JAMES LOPREST, JR.
                                                 Special Assistant United States Attorney
                                                 86 Chambers Street, 3rd Floor
                                                 New York, New York 10007
                                                 Telephone: (212) 637-2728
                                                 Facsimile: (212) 637-2786
                                                 Email: james.loprest@usdoj.gov

TO:   Dominick Sorrentino, Esq.
        12 Armand Place
        Valhalla, NY 10595