# POLLACK, POLLACK, ISAAC & DE CICCO, LLP
*Attorneys at Law*

ARTHUR POLLACK (1950-1985)
CONRAD EVAN POLLACK
BRIAN J. ISAAC
FRED A. DE CICCO*

JINYOUNG LEE
H. SUSAN OH
JILLIAN ROSEN
DANIEL S. SHABASSON
DIANE K. TONER

*ADMITTED IN N.Y. & N.J.

**225 BROADWAY, SUITE 307**
**NEW YORK, NEW YORK 10007-3024**

Telephone: (212) 233-8100
Facsimile: (212) 233-9238
E-Mail: cep@ppid.com
WWW.PPID.COM

WESTCHESTER OFFICE:

11 MARTINE AVE., PENTHOUSE
WHITE PLAINS, NY 10606
TEL: 914-328-2400
FAX: 914-328-2401

September 4, 2007

Hon. Mark D. Fox
United States Courthouse
300 Quarropas Street, Room 434
White Plains, NY 10601

Re: **Enlargement of Time to File Answer**
    **Batista v. Michaelangelo Pavers, et al.**
    **07 CV 6716**

Your Honor:

I am the attorney for Defendant Pollack, Pollack, Isaac & DeCicco, LLP (*Pro Se*) in the above-referenced action. We are a law firm and a *pro se* defendant in this matter.

I kindly ask the court's indulgence for an enlargement of time in which to file our answer electronically. The answer is due today. However, I, nor any other member of this firm, is registered with ECS in the Southern District and the registration process takes 48 hours. There appears to be no way to expedite the process.

Attached you will find an e-mail that I have received from ECS confirming that they have received my request for registration online, which I filled out today.

I apologize for not taking care of this sooner. I am registered with ECS/Pacer in the Eastern District and I was not aware that a separate registration was necessary.

I left a voice mail today for the plaintiff's attorney, Dominick Sorrentino, Esq., to request that he stipulate to an enlargement of time. However, I have not heard back from him.

9/4/07

APPLICATION GRANTED
So ORDERED

MARK D. FOX
United States Magistrate Judge
Southern District of New York



In the meantime, I am filing the answer on paper and serving a copy on the plaintiff's counsel. I will file the Answer electronically as soon as I am able.

I beg the court's indulgence in this matter.

                                            Yours truly,

                                            Daniel Shabasson

cc.: Dominick Sorrentino, Esq.
     Attorney for the Plaintiff
     12 Armand Place
     Valhalla, NY 10595