UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
MIZRAIM BATISTA,                                    Case No.: 07 CV 6716
                                                         WP4 MDF
                    Plaintiff,

        -against-

MICHAELANGELO PAVERS UNLIMITED, INC.
POLLACK, POLLACK, ISAC & DECICCO, LLP        **ANSWER**
THE UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, ANDREA QUARANTILLO
AS THE DISTRICT DIRECTOR OF THE UNITED
STATES CITIZENSHIP AND IMMIGRATION
SERVICES, AND THE UNITED STATES
DEPARTMENT OF LABOR.
                                              Trial by Jury of all
                                              issues is hereby demanded
                    Defendants.
--------------------------------------X


        Defendant POLLACK, POLLACK, ISAAC & DECICCO, LLP, *pro se*,

by DANIEL SHABASSON, ESQ., associate attorney, as and for its

Answer to the Complaint herein, alleges as follows:


    1.   Makes no representation as to the veracity or accuracy of

         the allegations as contained in paragraphs 1, 7, 8 as

         these       allegations      constitute      statements      or

         interpretations of law rather than fact.


    2.   Denies knowledge or information sufficient to form a

         belief  as  to  truth  or  falsity  to  the  allegations

         contained in paragraphs 2, 3, 9, 10 and 11 of plaintiff's

         complaint.

3.   Admits each and every allegation as contained in
     paragraphs 13 and 14 of Plaintiff's Complaint.

4.   Declines to answer allegations in paragraphs 4, 5, 6, 15
     and 17 of Plaintiff's Complaint as it calls for the
     answering defendant to reveal information that is
     protected by attorney-client privilege between the
     answering defendant and defendant Michaelangelo Pavers
     Unlimited, Inc.

5.   Admits the allegation contained in the first clause of
     paragraphs 16 (up to the first semi-colon); denies the
     allegation contained in the second clause of paragraph 16
     (subsequent to the first semicolon and up to the second
     semicolon); and makes no representation as to the
     veracity or accuracy of the allegation contained in third
     clause of paragraph 16 (subsequent to the second
     semicolon) as this allegation constitutes a statement or
     interpretation of law rather than fact.

### AFFIRMATIVE DEFENSES

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

6.   The information and documentation sought by the plaintiff
     is protected by attorney-client privilege existing

between the defendant herein and Michaelangelo Pavers, Inc., and potentially other individuals that the defendants represented in their immigration matters.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

7.   The plaintiff's complaint fails to allege any legal basis for the plaintiff's alleged entitlement to the information and documentation sought.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

8.   The plaintiff's complaint fails to state a claim upon which relief can be granted.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

9.   Plaintiff's action is time-barred by applicable statutes of limitations.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

10.   Plaintiff's appropriate remedy to obtain information or documentation is to make a request under the Freedom of Information Act to the New York State Department of Labor and/or United States Department of Labor.


**WHEREFORE**, Defendants demand judgment dismissing Plaintiff's complaint and for costs and disbursements in this action.


Dated:  New York, New York
        September 4, 2007_____
                            DANIEL SHABASSON, ESQ.(5740)
                            Pollack, Pollack, Isaac
                            & DeCicco, LLP, *Pro se*
                            225 Broadway, Suite 307
                            New York, NY  10007
                            (212) 233-8100

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
MIZRAIM BATISTA,                              Case No.: 07 CV 6716
                                                       WP4 MDF
                    Plaintiff,

         -against-

MICHAELANGELO PAVERS UNLIMITED, INC.
POLLACK, POLLACK, ISAC & DECICCO, LLP          RULE 7.1
THE UNITED STATES DEPARTMENT OF                STATEMENT
HOMELAND SECURITY, ANDREA QUARANTILLO
AS THE DISTRICT DIRECTOR OF THE UNITED
STATES CITIZENSHIP AND IMMIGRATION
SERVICES, AND THE UNITED STATES
DEPARTMENT OF LABOR.

                    Defendants.
--------------------------------------X
```

Pursuant to federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants POLLACK, POLLACK, ISAAC & DECICCO, LLP (a private non-governmental party), certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held:

**NONE**

```
Dated:  New York, New York
        September 6, 2007_____
                            DANIEL SHABASSON, ESQ.(5740)
                            Pollack, Pollack, Isaac
                            & DeCicco, LLP, Pro se
                            225 Broadway, Suite 307
                            New York, NY  10007
                            (212) 233-8100
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
MIZRAIM BATISTA,                                    Case No.: 07 CV 6716
                                                         WP4 MDF
                    Plaintiff,

        -against-

MICHAELANGELO PAVERS UNLIMITED, INC.
POLLACK, POLLACK, ISAC & DECICCO, LLP        **AFFIRMATION**
THE UNITED STATES DEPARTMENT OF              **OF SERVICE**
HOMELAND SECURITY, ANDREA QUARANTILLO
AS THE DISTRICT DIRECTOR OF THE UNITED
STATES CITIZENSHIP AND IMMIGRATION
SERVICES, AND THE UNITED STATES
DEPARTMENT OF LABOR.

                    Defendants.
--------------------------------------X

        I, Daniel Shabasson, declare under penalty of perjury that

I have served a copy of the attached Answer upon Dominick

Sorrentino, Esq., Attorney for the Plaintiff in the case of 07

CV 6716, in compliance with the Federal Rules of Civil Procedure

by mailing a copy to:

        Dominick Sorrentino, Esq.
        Attorney for the Plaintiff
        12 Armand Place
        Valhalla, NY 10595

By First-class US mail on September 6, 2007.


Dated:  New York, New York
        September 6, 2007_____
                            DANIEL SHABASSON, ESQ.(5740)
                            Pollack, Pollack, Isaac
                            & DeCicco, LLP, *Pro se*
                            225 Broadway, Suite 307
                            New York, NY  10007
                            (212) 233-8100