AO 440 (Rev. 8/01) Summons in a Civil Action

RETURN OF SERVICE on Pollack, Pollack, Isaac & De Cicco, LLP.

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE August 15, 2007 |
| NAME OF SERVER (PRINT) EMMANUEL LANRET | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's ~~dwelling house or~~ usual place of abode with a person of suitable age and discretion then ~~residing~~ therein.
Name of person with whom the summons and complaint were left: employed

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on August 15, 2007            _Emmanuel Lanret_
              Date                       Signature of Server

_Thomas A Dundas_   41-24 111th Avenue, Corona Park, NY 11416
                    Address of Server

THOMAS A DUNDAS
NOTARY PUBLIC State of New York
NO. 01DU6016919
Qualified in Queens County
Commission Expires 11/30/2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.