AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____    District of    _____New York_____

MIZRAIM BATISTA

**SUMMONS IN A CIVIL ACTION**

V.

MICHAELANGELO PAVERS UNLIMITED, INC.,
POLLACK, POLLACK, ISAAC & DE CICCO, LLP
THE UNITED STATES DEPARTMENT OF
HOMELAND SECURITY,ANDREA QUARANTILLO CASE NUMBER:
AS DISTRICT DIRECTOR OF THE United STATES
CITIZENSHIP AND IMMIGRATION SERVICE AND
UNITED STATES DEPARTMENT OF LABOR

07 CIV 6716

WP Y

Fox

TO: (Name and address of Defendant)

MICHAELANGELO PAVERS UNLIMITED, INC.
POLLACK, POLLACK, ISAAC & DE CICCO
LLP, THE UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, ANDREA QUARANTILLO AS DISTRICT DIRECTOR
of the UNITED STATES CITIZENSHIP AND IMMIGRATION
SERVICES AND UNITED STATES DEPARTMENT OF LABOR

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DOMINICK SORRENTINO, ESQS.
SORRENTINO, THOMAS AND SORRENTINO, ESQS.
12 Armand Place
Valhalla, New York 10595

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK _____    DATE _____

(By) DEPUTY CLERK _____