MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:   F. JAMES LOPREST, JR.
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, New York 10007
Tel. No.: (212) 637-2728

RECEIVED
OCT 16 2007
CHAM...
KENNETH M. KARAS
U.S.D.J

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
MIZRAIM BATISTA,                                             :   STIPULATION AND ORDER OF
                                                             :   DISMISSAL OF ACTION WITH
                    Plaintiff,                               :   RESPECT TO UNITED STATES
                                                             :   GOVERNMENT DEFENDANTS
         - v. -                                              :
                                                             :   07 Civ. 6716 (KMK) (MDF)
MICHELANGELO PAVERS UNLIMITED, INC.;                         :
POLLACK, POLLACK, ISAAC & DeCICCO, LLP;                      :
the UNITED STATES DEPARTMENT OF HOMELAND                     :
SECURITY; ANDREA QUARANTILLO, as Director of                 :
United States Citizenship and Immigration Services;          :
and the UNITED STATES DEPARTMENT OF LABOR; ,                 :
                                                             :
                    Defendants.                              :
------------------------------------------------------------x

IT IS STIPULATED AND AGREED, by and between the undersigned parties, that the above-captioned action be, and hereby is, dismissed with respect to United States Government defendants (i.e., the United States Department of Homeland Security; Andrea Quarantillo, District Director of United States Citizenship and Immigration Services; and the United States Department of Labor) without costs or attorney's fees to any party.

[handwritten insertion: "without prejudice D.S."]

Dated:   New York, New York           SORRENTINO, THOMAS & SORRENTINO, P.C.
         October 15, 2007             Attorneys for Plaintiff

                              By:     _____/s/_____
                                      DOMINIC SORRENTINO, ESQ.
                                      12 Armand Place
                                      Valhalla, NY 10595
                                      Tel. No.: (914) 592-6648

Dated:   New York, New York           MICHAEL J. GARCIA
         October 15, 2007             United States Attorney for the
                                      Southern District of New York
                                      Attorney for United States Government Defendants

                              By:     _____/s/_____
                                      F. JAMES LOPREST, JR.
                                      Special Assistant United States Attorney
                                      86 Chambers Street, 4th Floor
                                      New York, NY 10007
                                      Tel. No.: (212) 637-2728

SO ORDERED:

_____/s/_____
HON. KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE
10/16/07

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____