OCT 17 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
MIZRAIM BATISTA,
                   Plaintiff,

   -against-                     07 Civ. 6716 (KMK)(MDF)

MICHELANGELO PAVERS UNLIMITED, INC.
POLLACK, POLLACK, ISAC & DECICCO, LLP   STIPULATION AND ORDER OF
THE UNITED STATES DEPARTMENT OF         DISMISSAL OF ACTION WITH
HOMELAND SECURITY, ANDREA QUARANTILLO  RESPECT TO DEFENDANT
AS THE DISTRICT DIRECTOR OF THE UNITED MICHELANGELO PAVERS AND
STATES CITIZENSHIP AND IMMIGRATION     WITH RESPECT TO DEFENDANT
SERVICES, AND THE UNITED STATES         POLLACK, POLLACK, ISAAC
DEPARTMENT OF LABOR.                     AND DECICCO, LLP

                  Defendants.
-----------------------------------------X

       IT IS STIPULATED AND AGREED, by and between the parties, that the above-captioned action be, and hereby is, dismissed without prejudice with respect to the defendant Michelangelo Pavers and with respect to the defendant Pollack, Pollack, Isaac & DeCicco, LLP without costs or attorney's fees to any party.

Dated: Valhalla, New York       SORRENTINO, THOMAS & SORRENTINO, P.C.
      October 16, 2007           Attorney for Plaintiff

                            By: _____
                              DOMINIC SORRENTINO, ESQ.
                              Attorney for Plaintiff
                              12 Armand Place
                              Valhalla, NY 10595
                              Tel. No.: (914) 592-6646

Dated: New York, New York       POLLACK, POLLACK, ISAAC & DECICCO
      October 18, 2007           As defendant *Pro Se* and as attorney
                              for defendant Michelangelo
                              Pavers Unlimited, Inc.

                           By: _____
                              DANIEL SHABASSON, ESQ. (DS-5740)
                              Pollack, Pollack, Isaac & DeCicco
                              225 Broadway, Suite 307
                              New York, NY 10007
                              (212) 233-8100

SO ORDERED:

_____
HON. KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

10/19/07

USDY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____